IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ERIC FOREMAN,

Plaintiff,

v.

JACKSON KAYAK, INC.,

Defendant.

Case No. 21-1288 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: February 11, 2022**          **MARGARET M. ROBERTIE, Clerk of Court**

                                      **s/Tina Gray, Deputy Clerk**

**Approved:**   *s/J. Phil Gilbert*
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**